```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:08CR3176
                               )
     v.                        )
                               )
DANNY SAVANHXAY                )         MEMORANDUM AND ORDER
SOUMPHOLPHAKDY,                )
                               )
              Defendant.       )
                               )
```

A motion was filed February 3, 2009 by defendant's former counsel (Filing No. 19).  New counsel was contacted regarding whether the motion should be considered by the court, but no response has been received.

IT THEREFORE HEREBY IS ORDERED,

Defendant's counsel is given until March 17, 2009 to notify the court whether he wishes the court to consider the motion, in the absence of which it will be denied.

DATED this 10th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge