IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY SAVANHXAY SOUMPHOLPHAKDY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant's counsel has not responded to the court's order of March 10, 2009 (filing no. 24).

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion to modify conditions of release, filing no. 19, is denied.

DATED this 20th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge